1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                          **United States Bankruptcy Court**
                           **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  ROBERT JAMES MARTIN                     ) Case No.: 8:05-bk-17235-ES
                                           )
8                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) **(Bankruptcy Rule 3011)**
9                                          )
                                           )
10                                         )
                                           )
11 ─────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301138** in the sum of **$ 390.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ROBERT JAMES MARTIN
        34041 COPPER LANTERN
18      DANA POINT, CA 91410

19
   Date: September 10, 2011              __/S/_____
20                                       Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0517235 | ROBERT JAMES MARTIN<br>ACCT: | Claim: 00000 | XXX-XX-7764 | 390.00 | 0.00 | 390.00 |
| | | TOTALS | | 390.00 | 0.00 | 390.00 |

ROBERT JAMES MARTIN

BALANCE:             [0.00  13/00000]
SSN: XXX-XX-7764     SSN:
ACCT:                CASE: 0517235
PRINCIPAL:     390.00    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301138

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$390.00

PAY   Three Hundred Ninety And 00 / 100 Dollars

TO THE
ORDER OF

U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301138⑈ ⑉061100790⑈ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.